In the US District Court
Northern District of Texas

Regina Lewis 67206-054
    plaintiff

-v-

A. Hudson (officer)
    respondent

Complaint
42 USC 1983

4-14CV-359 A

ORIGINAL

NORTHERN DISTRICT OF TEXAS
FILED
MAY 20 2014  12:58
CLERK, U.S. DISTRICT COURT
By _____ SS _____
Deputy

I Regina Lewis file this sexual harassment complaint against the defendant. I have informed the administrative staff of this issue and others involving Mr. Hudson. Today as I tried to exit the dinning room Mr. Hudson grabbed my arm forcing me to stand in front of him. Mr. Hudson first asked me to turn my pants pockets inside out and I did, he then asked me to lift up my sweat shirt to expose my breast area and I did. When he found no food I preceded to leave the dinning room. He then grabbed the cornbread from my hands that Mr. Moss had given me just before we were leaving the dinning room. Since the cornbread was cold and hard I figured I would warm it up on the unit in the microwave. Mr. Hudson became enraged and threw the cornbread on the floor. There's been an ongoing problem with Mr. Hudson that I finally made staff aware of. Mr. Hudson on more than one occasion has come in my room inappropriately and was asked him to leave. On one occasion while I

was washing my face in the sink he came in the room. When I raised up I saw Mr. Hudson backing out of my room with a flashlight. First he stood there and stared at me for a moment. As I was yelling at him to leave, that's when he said it was count. I was naked because I intended to take a shower after I wash my face and brushed my teeth. The shower and the sink were running so I didn't hear him when he came in. On another occasion while I was in the shower Mr. Hudson took a pair of my panties I laid on top of my bed. On the same day he returned while I was out and searched through my locker and took another pair. The next day when I observed Mr. Hudson in my room I ran to my room and asked him to get out of my locker and my room. Mr. Hudson informed me that he was giving me some shower gel. I told Mr. Hudson that he should have given it to me in the hallway or his office and I instructed Mr. Hudson to get out of my room. On another occasion Mr. Hudson slammed my door shut at 12:30 am and threatened me and my roommate with OC bag because he thought that my roommate witnessed him and his co-worker's wife in a compromising position. Mr. Hudson has been retaliating ever since to the point where I had to complain to the Warden. On another occasion Mr. Hudson lifted my sweatshirt up that I had slung over my shoulders

like a shovel to see my buttocks making pretend he was looking for food as I was leaving the dinning room. After he reached for my pockets and pelvic area and I slapped his hand down several times. When I reached the unit Mr. Hudson insisted that I lift my sweat shirt up and let him view my breast area. Mr. Hudson is harassing me in subtle and not so subtle ways. Mr. Hudson treats us like we are his women and he doesn't like rejection. I feel sick and nauseous and I don't feel safe.

The relief I seek is that Mr. Hudson not work on the unit as long as I am here and that he refrain from harassing me and whatever else the Court may deem just and proper.

Regina Lewis
FMC Carswell
PO Box 27137
Fort Worth, TX 76127

5-16-14

Dear Clerk,

I wish to file this Complaint

Sincerely,
Regina Lewis



Name: Regina Lewis
Reg. No. 67206-054
Federal Medical Center, Carswell
P.O. Box 27137
Fort Worth, TX 76127

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
2014 MAY 20 PM 12: 58
CLERK OF COURT

⇔ 67206-054 ⇔
United States District Ct
501 W 10TH ST
FORT Worth, TX 76102
United States

NORTH TEXAS TX 750
19 MAY 2014 PM 2 L

Legal Mail